IT IS ORDERED as set forth below:



Date: October 5, 2016

Susan D. Barrett
United States Bankruptcy Judge

___

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| In the matter of:<br><br>**TRI-CHEK SEEDS, INC**     )<br>                                                )<br>                                                )<br>            Debtor(s)           ) | Chapter 7 Case<br>Number 12-11409-SDB |

### ORDER ON MOTION FOR RELEASE OF FUNDS

The Application requesting payment from Unclaimed Funds to Allan Isaksson, having been read and considered, and just cause having been shown,

**IT IS HEREBY ORDERED** that the sum of $8014.14 held in unclaimed funds be paid to Allan Isaksson and sent to the address shown on the application.

**[END OF DOCUMENT]**